UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

*Jeffrey Reid*                    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR      (  )(  )~~

20 Mag. 10065

Defendant *Jeffrey Reid* hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

*Jeffrey Reid*
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

*Elizabeth Macedonio*
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/23/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge